UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PENSION FUND OF CEMENT MASONS' UNION LOCAL UNION NO. 502, *et al*. | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| RUANE CONSTRUCTION, INC., an Illinois Corporation, and MARK RUANE, an individual, | ) ) ) ) |
| Defendants. | ) ) |

CASE NO.: 21-CV-5776

JUDGE: BLAKEY

MAG. JUDGE: CUMMINGS

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

NOW COME Plaintiffs, the PENSION FUND OF CEMENT MASONS' UNION LOCAL UNION NO. 502 *et al*., ("Plaintiffs"), by and through their attorneys, JOHNSON & KROL, LLC, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure hereby submit this Notice of Voluntary Dismissal without Prejudice as follows:

1. Plaintiffs are the PENSION FUND OF CEMENT MASONS' UNION LOCAL UNION NO. 502; CEMENT MASONS' INSTITUTE LOCAL 502 WELFARE TRUST FUND; CEMENT MASONS' LOCAL 502 AND PLASTERERS' AREA ANNUITY FUND; CEMENT MASONS' LOCAL NO. 502 RETIREE WELFARE FUND; CEMENT MASONS' LOCAL UNION NO. 502 SAVINGS FUND; CEMENT MASONS' UNION LOCAL 502 APPRENTICE EDUCATIONAL AND TRAINING TRUST; OPERATIVE PLASTERERS' & CEMENT MASONS' INTERNATIONAL ASSOCIATION (OPCMIA) NORTHERN ILLINOIS DISTRICT COUNCIL LABOR MANAGEMENT COOPERATION TRUST, CEMENT MASONS' UNION LOCAL NO. 502 PLASTERERS AREA 5.

2. Defendants are RUANE CONSTRUCTION, INC. and MARK RUANE.

3. On October 28, 2021, Plaintiffs filed this lawsuit to recover alleged unpaid contributions, liquidated damages, and interest.

4. As of today's date, the Parties have resolved their disputes in the lawsuit.

5. Rule 41(a)(1)(A)(i) provides that "the Plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

6. Defendants have yet to serve an Answer or Motion for Summary Judgment in this matter.

**WHEREFORE**, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss this matter without prejudice.

Respectfully Submitted,

**PENSION FUND OF CEMENT MASONS'
UNION LOCAL UNION NO. 502** *et al.*

/s/ Michael S. Vojta - 6278647
One of Plaintiffs' Attorneys
JOHNSON & KROL, LLC
311 S. Wacker Drive, Suite 1050
Chicago, IL 60606
(312) 757-5472
vojta@johnsonkrol.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on today's date, December 1, 2021, he served a copy of ***Plaintiffs' Notice of Voluntary Dismissal*** to the Defendants via First Class U.S Mail and electronic mail at the addresses listed below

**RUANE CONSTRUCTION, INC** and **MARK RUANE**
C/O Paul Brocksmith
40 Skokie Blvd, Suite 400
Northbrook, Illinois 60062
paul@brocklaw.com

/s/ Michael S. Vojta - 6278647
One of Plaintiffs' Attorneys